UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE: Matthew Jon Evo  CHAPTER 13
      Nicole Chrisitne Evo  CASE NO: 16-30760
                         JUDGE DANIEL S. OPPERMAN

        Debtor(s)
_____/

### DEBTOR'S CHAPTER 13 CONFIRMATION HEARING STATEMENT
[To be completed fully; otherwise the case will be dismissed
per paragraph 3 of the Chapter 13 Case Management Order]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. \_\_ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. \_\_\_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections:
    Issues:

    Creditor # 1:
    Objections:
    Issues:

    Creditor # 2:
    Objections:
    Issues:

3. \_X\_ Request an adjournment of the confirmation hearing to June 21, 2016, due to the following good cause:

    Debtors will be amending the Plan to address additional secured debt issues.

4. \_\_\_ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]
5. \_\_\_ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]
6. \_\_\_ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

Date: May 17, 2016                               /s/Alan D. Walton_____
                                                                         Attorney for Debtor(s)